# EXHIBIT 1



# Immaculate Conception Catholic Church

Office:
1132 Second Street, S.E.
Moultrie, GA 31768

June 17, 2022

Honorable Judge
PAMELA PEPPER
United States District Court
Eastern District Of Wisconsin

I freely and consciously wish to bear witness to Mr. Saul García, Mrs. Consuela García and their children, whom I have known for more than ten years. They are a family of Christian values, always available to serve their friends and the community. I know that in the city of Moultrie they were one of the first Hispanic families that arrived more than 20 years ago, which with strong, dedicated, responsible work they have been a valuable contribution to the agricultural economy of the city and the state.

I have witnessed the valuable effort to achieve quality agricultural fruits: as a Catholic Pastor, I have visited the production fields and the product corridor on many occasions to bless them and I am aware of the good treatment and good conditions of the workers, with whom I have been able to talk to many times.

Saul, Consuelo and their children are well esteemed in the community, they are people with healthy customs, and they are friendly and always available to collaborate with others, to support those who are going through some kind of difficulty. They are characterized by their generosity, Saul and Consuelo have been responsible parents, their children have obtained excellent academic achievements, they are respectful people and they all live their faith in a committed way.

Saul is a man whose life is working in the fields, he loves what he does, he wants not only him and his family to have opportunities, but also all the people who benefit from being able to work with him. I have seen how concerned he is so that everything is carried out in the best way and in accordance with the provisions of the authorities.

Sincerely,

*A. Gutiérrez Ch.*

Alfonso Gutierrez
Priest

**EXHIBIT A**

Office Phone Number: (229) 985-6550                                                     Fax Number: (229) 217-4970

June 20, 2022

To: Whom It May Concern

From : James E. Autry III

From 1990 until 2000 Saul Garcia Was a contract laborer for Autry Farms in Hinsonton , GA . He never caused us any problems and the laborers he furnished were treated fairly. He always had plenty of water in the field. I never witnessed him mistreating anyone. Always showed up on time with the crew we needed.

**EXHIBIT**
**B**

June 20, 2022

From: Michael Paren

     9 Pine Ave Se

     Moultrie, Ga 31768

To: The Honorable Judge Pamela Pepper

   United States District Court

    Eastern District of Wisconsin

To whom it might concern:

I have known Connie ( Consuelo ) Garcia for approximately 12 years. during this time, I have become a friend and work associate with her at my Real Estate firm ( Landmark Realty ) as a licensed Georgia Real estate agent. She is currently the Secretary for the local chapter of the Moultrie Board of Realtors and has been one previously. I have seen her donate to various charitable organizations, not only financially but with her time also. She is an Ambassador with the Moultrie Chamber of Commerce.

She is a very devoted Mother and Grandmother, for example she adopted a 3-year-old boy who was abandoned by his Mother when he was a small child and put under care of Connie, the adoption became final in 2018. Bruce is now 12 years old. Bruce' full name now, Bruce Alejandro Garcia. Her other children are now fine young gentlemen.

She has shown her children the value of having good ethics by working with her husband Saul Garcia Sr. in business and the value of a good education. I have seen her hold her family together under times of crisis when most others would have fallen apart.

My utmost regards go to Connie for she is a well-respected lady in the community.

Sincerely.

*Michael Parten*

Michael Parten

EXHIBIT
C

June,22 2022

From: Michael Parten

9 Pine Ave Se

Moultrie, GA. 31768

To: The Honorable Judge Pamela Pepper

United States District Court

Eastern District of Wisconsin

I have known Saul Garcia Sr. for approximately 8 years. In that time, I have seen he and his wife accomplish several achievements in their businesses while teaching their children the value of hard work and getting a good education. He is a hard-working, loving father to 8 children. Bruce one of them who is now 12 years old is adopted. Luna is 9 and Eric 17, and the rest are adults. He has 6 grandchildren and is very active in all their lives. Saul Sr came to the United States when he was 16 looking for a better life for himself and family. He has worked in agriculture for 38 years. Of his 5 adult children. Daniel has a master's degree in Business Administration and is working towards his Doctorate. Saul Jr. has his Bachelor's degree in the Arts of Political Science. Raymon will be receiving his Bachelor's of Science in Agriculture this year. Richard has a Bachelor's in Biology. William has a Bachelor's degree and is working toward becoming a dentist. His son Eric has received numerous academics achievements as a high school student is at the top of his class.

*Michael Parten*
Michael Parten

EXHIBIT
D

06-22-2022

To Whom It May Concern,

My name is Lisa Taylor, an employee and a close family friend of the Garcia's. It seems like a million years ago that I first met Daniel Garcia. I believe my son Nathanial Taylor was 9 years old and in the 4th grade in 2013. Daniel was a volunteer youth soccer coach for our local YMCA. A few years later they became clients and the CPA firm I was employed at. Over those years we had built a close working relationship with all of them. In early 2019 my husband had a chain of lymph nodes swelling and required several doctor visits and a biopsy, none of which we had health insurance coverage for. I reached out to Connie and Saul Garcia and asked if they had any work that I could do (after my regular 9-5 job) to help us cover the unexpected costs, they immediately put me to work running errands and performing miscellaneous clerical tasks. In August 2019, after nearly 15 years of employment and several years of mistreatment by my employer, I quit my job unexpectedly. The next morning, I called Connie and asked if they had room for me on their payroll. That same morning, they provided me a job at a time when I was unsure where my next paycheck was going to come from. I am still happily employed by the family but more than that I consider them close and valued friends. Our families celebrate Thanksgiving, Christmas, New Year, Halloween, birthdays, baby showers etc. together. They sponsor my children for various wrestling related events. Lend me money so that I can travel to away wrestling events for my boys. Just four days ago, they called and sang me Happy Birthday. They help me with car repairs. If we need something and they are able to help, they do. This statement does no amount of justice to describing how much these people mean to me and my family. Simply put, the Garcia's a good people, the kind of people I cannot imagine being absent from our lives.

Sincerely,

Lisa M. Taylor

EXHIBIT
E

June 22, 2022

Re: Connie Garcia

To Whom It May Concern:

I have known Connie and the Garcia Family since 2008 and have enjoyed the friendship/working relationship that we have.

They have given generously to the community and to others without expecting anything in return. They are a respectful hardworking family and would not ask anyone to do any work that they themselves wouldn't do. The son's have studied hard, works hard and have gone to college while working.

Connie has been active with the Board of Realtors in the past and is now serving as Secretary for 2022. She is also involved with our local Chamber of Commerce and plays an act role with the Ambassador Committee. Connie has served on various committees throughout the years that I have known her and is always first to say, what do you need and how can I help. Connie and her family are an asset to the community, and I feel that she will continue to be a good steward.

Respectfully,

Judy W. Burnham

Judy W. Burnham

**EXHIBIT**

**F**

122 Stiner Rd
Moultrie, Ga 31788
June 23, 2022

Chief Judge Pamela Pepper
Eastern District Court of Wisconsin
517 E Wisconsin Ave Rm. 362
Milwaukee, WI 53202

Honorable Judge Pamela Pepper:

I am writing to urge leniancy in the
sentencing of my godfather Saul Garcia. I
have known Saul my entire life. I am aware
of the accusations presented against my godfather,
but I can assure you that he is not the monster
they are trying to portray him to be.

My name is Alberto Carranza Jr. I am from
Moultrie, Georgia, a small rural farming town of
South Georgia. I am a graduate of Abraham
Baldwin Agricultural College, With a Bachelor of
Science in Business Administration and Economic
Development. I am currently employed with
United Parcel Service.

Through the years growing up around
him, I have been able to witness the
kindness and selflessness of this Mans' heart.
He is a godly man, he is my Godfather because
of my sacred baptism of our Catholic faith.

His presence in the hispanic community is that
of a considerate and generous human being.
Through Sponsorships and giving back to his
Workforce. For years he Sponsored a soccer team
in an amateur soccer league in town. Which allowed

EXHIBIT
G

a lot of local talent to pursue an unlived dream of many, which was to play in a soccer team. Even though it may have only been at an amateur level, I can still remember the laughs, smiles, and joy in everyones heart to be doing what they loved. He is generous as to the fact that, after months of labor and ending of a season, to celebrate he would cater a feast for his workers. As much as their bellies could fathom.

He is a family man. A man whom his kids wouldn't trade for the world. They have always said they couldn't have asked for a better father or friend. I have yet to know of a birthday party he has not attended, that is how important family is to him. He has steered them in the correct path in this life. Having several college graduates and more to come. I think that speaks for itself, that indeed he is a good role model. Even though my parents divorce, my godfathers advice helped me live through some of the toughest days of my life.

Please take into consideration what all is being ripped away with this sentencing. Family, friends, and familys of workers who will all be affected, that depend of this godly, caring, and selfless man.

Sincerely,
Alberto Carranza Jr.

Alberto Carranza Jr.

**Patrick Family Farms, LLC**
165 College Ave/PO Box 518
Omega, GA 31775-0518



June 23, 2022

To whom it may concern:

I am writing this letter to explain how I know Saul Garcia. Mr. Garcia has been working with me and my family for 17 years. Mr. Garcia serves in the role of Farm Supervisor where he oversees around 200 field workers and related duties involved in field labor.

Mr. Garcia plays an important role in the day to day operations of our farm. Mr. Garcia is a well respected gentleman in our community and is an asset to our farm. He performs his duties extremely well and is always willing to go the extra mile when needed. Mr. Garcia is a dedicated father to his children, grandchildren and his extended family and friends.

Mr. Garcia is desperately needed in the role he plays every day on our farm. These days are more difficult than ever for family-owned farms to stay in business.

Therefore, I ask you to please consider allowing Mr. Garcia to stay here and continue performing his duties to this farm, to his family and to his community.

Sincerely,

Gibbs Patrick JR

P (229)528-4252                                    F (229)528-4589

**EXHIBIT H**

6-25-22

TO: whom it may concern

My name is Jesus Martinez I am writing
this letter on behalf of Saul Garcia. I have
had the honor of knowing Saul since I was
born. Saul is an active member in our community
and church. Church is actually where we built
a bond and he was chosen to be my godfather.
Since a young age he was always a great
mentor to me and others, giving good advice when
needed. It is my sincere hope that the court
takes this letter into consideration. Despite the
current charges and mistakes Saul Garcia has
made I still believe he is a respectful, honest, and
thoughtful person. He is very important not only
to me as a godfather but also to our community.

Sincerely,
Jesus Martinez    229-319-4812

EXHIBIT

I

28 June 2022
Evelyn Martinez
Moultrie Ga. 31768

To Whom This May Concern,

I am writing this letter to provide a character reference for Saul Garcia and family. I want to be able to describe how kind and oriented they are despite the transgression that has led to this point.

My name is Evelyn Martinez, 26, Legal Advocate in Colquitt County. I have known the Garcia family for my entire life. In fact, Saul and Consuelo Garcia are my god parents and I could not have asked for anyone better than them. I grew up with their children and have felt like a part of their family.

My godfather, Saul, has always been a second father figure. He was always around for family events, sporting events and has had my family's back in just about any way he can. He is a caring man that would do anything to help anyone in any way or form. Saul Garcia is an upstanding and valuable member in our community. Everyone knows the influential man he is and they know where to find him in times of need.

I love this family like my own and I truly admire their integrity and dedication to what they do. I can't stress enough that I could not be where I am at today without the Garcia family and my godfathers support.

Sincerely,

Evelyn Martinez

EXHIBIT
J

# Cesar
# A. Barrios

—

43 Kingwood Gardens Dr.
Moultrie, GA 31788
Cell: 229.454.9045
Work: 229.324.2845
Cesar.Barrios@dph.ga.gov

28 June 2022

To whomever it concerns,

I, Cesar A. Barrios, am a naturalized citizen of the United States of America. I work for the state of Georgia as an Outreach Worker/ Clerk at the Ellenton Health Farm Workers Clinic.

I will give my testimony on behalf of Mr. Saul Garcia. I have known Mr. Garcia for the past twenty years. My family and I met him through contracted work as a satellite installer for Dish Network in 2001. I installed all the satellites for his barracks. As my career changed, so did my relationship with him. My responsibilities at the clinic gave me the opportunity to attend his facilities as the health educator. Mr. Garcia is a very well rounded individual, which is shown through his responsibility, liability, and loyalty to his family, friends, and Catholic community.

Mr. Garcia has been an individual that has given to the community in so many ways. He has volunteered to help with many church events that require cooking and setting up, providing assistance to other people by feeding them.

As the employer for Garcia Harvesting, he has developed a partnership with my clinic to provide health education and services to his crew by visiting his facilities. Mr. Garcia would never hesitate to call the clinic if one of his workers were sick because his employees' health and well-being is important to him. I always saw him as a great employer for his employees and stakeholders.

In addition to working with him professionally, we have developed a good friendship over the years. I have known his family and his kids; he is a good father and caring grandfather. I believe Mr. Garcia is a well respected man and he has been not only a leader to the community but he helps his community by providing work and opportunities for them to flourish in the States.

Overall, he is a well rounded individual because of his countless hours he has spent volunteering at the church and the community. He is a wonderful person to work with and to be friends with. Without a doubt, I believe he is a great addition to any community.

If you need any additional information, please do not hesitate to contact me.

Thank you.

Sincerely,

Cesar A. Barrios



**EXHIBIT K**

1 July 2021

To:     Honorable Judge Pamela Pepper, Unites States District Court, Eastern District of Wisconsin
From:   Mr. James R. Stanfill, 238 Suwanee Road, Moultrie, GA 31788

## JAMES STANFILL AFFIDAVIT

I, James R. Stanfill, am providing this statement in support of Mr. Saul Garcia, Sr. I have lived in or around Moultrie, GA my entire life, since 1970, and have been a business owner and volunteer recreation baseball coach over the course of my adult life. I am currently a disabled member of the community, after being involved in a car accident, but I continue to volunteer to coach and provide baseball lessons.

I met Mr. Garcia in or around 1998, at a time that I owned a company called Stanfill Industrial, Inc. At that time I was also a coach for recreation baseball and I had the pleasure of coaching his children. Since 1998, I have had the opportunity to conduct business with Mr. Garcia on a personal and professional level. I have found that Mr. Garcia has always been honest and forthcoming in all of my dealings with him.

Mr. Garcia owns farmland in South Georgia and grows crops, managing those crops from seed to harvest. In owning an agricultural business, Mr. Garcia provides many job opportunities to local and migrant workers and, bottom line, provides food and nourishment for those that buy his produce. Over the course of the many years I have known Mr. Garcia, I have observed that he cares about those in his industry, often finding work for those that had no other opportunities.

It is my understanding that Mr. Garcia is facing up to two and one half (2 ½) years in Federal prison in relation to his business dealings in Wisconsin and that he has taken full responsibility for whatever acts he committed. I am asking, on his behalf, that you grant the maximum leniency possible in determining his sentence. Mr. Garcia has an established business, for which he oversees all aspects, has workers that depend on him and has a large family that would greatly suffer without him in their daily lives.

Although I do not know the totality of the offenses/charges, I do know that Mr. Garcia being made aware of his offenses will commit no further offenses. He is needed in South Georgia to oversee his agricultural efforts to ensure that job opportunities continue to be provided at a time when work is often hard to come by. More importantly, his family, to include his grandchildren that I now have the pleasure of coaching, need him.

Thank you for taking my statement into consideration and, once again, I ask that you please consider that maximum leniency, such a Federal probation, in setting his sentence. I firmly believe that probation would serve the same purpose and would ensure that his family and the local community are not negatively impacted.


_____                          _____
James R. Stanfill                                          Public Notary [seal]

**EXHIBIT**

## FALLIN & McINTOSH, PC

ATTORNEYS AT LAW
39 NORTH MAIN STREET
MOULTRIE, GEORGIA 31768

WILLIAM G. FALLIN
WILLIAM M. McINTOSH

MAILING ADDRESS: P. O. BOX 250
MOULTRIE, GA 31776
TELEPHONE 229-985-5881
FACSIMILE 229-985-0659
EMAIL falmac@moultriega.net

July 5, 2022

Honorable Pamela Pepper:

Re: Saul Garcia, Sr. and Consuelo Garcia

I am glad to be able to provide information to you concerning Saul Garcia, Sr. and Consuelo Garcia. It has been my pleasure to have known the Garcias for over fifteen years. I am an attorney, having practiced law in my hometown of Moultrie, Georgia, for over forty-seven years. Also, I have been the mayor of Moultrie for over thirty-nine years. During this time, I have had many interactions with both Saul Garcia and Consuelo Garcia.

Saul Garcia has been in the United States since the age of sixteen, moving here in search of a better life for himself. Our county, Colquitt County, is the number one agricultural county in Georgia, and Saul has worked extremely hard over the years and has achieved much success in this field.

Saul Garcia and Consuelo Garcia are passionately-devoted family people. They have eight children and six grandchildren in whom they have instilled a strong work ethic and the value of a good educational background. Accordingly, of their five adult children, one has earned a master's degree in business administration, working toward a doctorate, one has earned his bachelor's degree, one will receive a bachelor's degree in agriculture this year, one has a bachelor's degree in biology and is preparing to be a dentist, and their minor child, Eric, is in high school and has earned many accolades as a top student in his class.

In addition to being a hands-on mother and family person, Consuelo Garcia has been a licensed real estate agent in the State of Georgia since 2009. She currently serves as secretary of the Moultrie Board of Realtors, an Ambassador for the Moultrie-Colquitt County Chamber of Commerce, and is involved in numerous charitable endeavors in our community.

A considerable portion of my law practice involves real estate transactions. As a result, I have worked closely with Saul and Consuelo in their extensive real estate dealings. I have always found them to be scrupulously straightforward and fair in their undertakings, whether as sellers or as buyers.

EXHIBIT
M

Saul Garcia and Consuelo Garcia are upstanding, hardworking, family-oriented members of this community. I have no reservations in providing an extremely positive and supporting recommendation as to their character and good standing in Moultrie and Colquitt County.

Very sincerely,

William M. McIntosh

July 8,2022

Honorable Pamela Pepper

United States District Court

Eastern District of Wisconsin


Dear Judge Pepper,


We are writing this letter in reference to the Garcia Family who live next door to us. They have lived there for approximately 17 years.

Over the years we have had a very good relationship with them. They have always been very considerate and helpful with any kind of problem that has happened . For instance, if we have problems such as bad storms, water outages etc., we have worked together to solve them.

The children have always been friendly, respectful, and well-mannered. We attribute that to good parenting. As an older couple, we are pleased to see the love and care that their parents have given them.

We are writing this letter to let you know that we do not think they intentionally did wrong and hope you will be lenient in your decision.


Sincerely,

*Jeff Briggs*
*Mrs. Jeff Briggs*
Mr. and Mrs Jeff Briggs

116 Tallokas Trail

Moultrie, GA 31788

**EXHIBIT N**



# Moore Farms

1485 Windmill Road Manor, GA. 31550
Phone (912) 285-3432
Fax (912) 285-3493



July 11th, 2022

To Whom It May Concern;

On this 11th day of July 2022, I am writing this letter to all parties involved as a Character Witness on behalf of my long-time friend Saul Garcia Sr. I have worked closely with Saul since 2015. Saul like my self is a dedicated Father and has worked hard to ensure a better life for his family. In the beginning Saul and his eldest sons would help supply my farm with hardworking dedicated H2A workers who love working for him. Saul and his boys made the process easy for my wife & I. He was always there to help us should we have any questions or concerns regarding the workers, or I just needed a friendly agriculturally based conversation. Agriculture runs in my blood and I could tell that it did for Saul also. He worked tirelessly in the field for over 30 years, quite like myself. I write this letter to shed some light on the type of man Saul is. He is a hard-working, dependable man who I hate to see going through the things he is facing now. I hope that my words about his character show you all what type of man he truly is.

I couldn't have started my H2A labor contracts on my own without his help and guidance. I have enjoyed his friendship over the years. I hope that you all take these witness statements and judge Saul based on the words of the people who know him best.

Best Regards,

Tim Moore
Moore Farms
Owner

EXHIBIT

O

07/26/2022

Dear Mrs. Pamela Pepper,

My name is Eric Garcia, and I am currently a senior at Colquitt County Highschool. I am writing to you today in regard to Saul Garcia and the momentous impact that his current situation has had on not only my life, but the Garcia family as a whole.

Saul Garcia is not my biological father. However, I cannot recall a single identifiable time in my life when I haven't felt his love and received his guidance as a father in my times of uncertainty, hardship, or even victory. He has treated me as his own since the day I was born and for that I thank him as his care for me was never obligatory, but nonetheless he received me into his heart with open arms. Throughout my life he has served as nothing but a role model and a testament to the importance of strong moral values and diligence in any realm of endeavor. He has instilled in me the drive for success and strongly encourages me to do my best in school so as to have a better life and suffer less than he has had to throughout his life. I am currently on track to be Salutatorian of my class and I can only attribute my distinction to the influence that my father has had on me. The road on which he has traveled to arrive where he is at in life has been nothing less than burdensome, however his indefatigability is what has allowed him to ascend from poverty and I can't help but feel as though I, as well as everyone that he has had an impact on, consequently carries a piece of his perseverance as he is just that kind of man to bring the best out of people.

The impact that my family's current situation has had on our standing in the community is evident. Beginning in 2019, a slew of slanderous social media posts and news articles began to circulate throughout my community, portraying my family as some kind of monsters without having much insight as to what was truly going on. Imagine being 14 years old and having one of your classmates post about your mom going to jail as if it were funny. Comments about my family became routine for the first few months, and while not all were with malicious intent, I am sure that solely from them having the idea of what my family had supposedly done would alter how they viewed us for the worse. My god brother even encountered an assignment that was based on a news article about us. My family's case was being taught in the same school that I attend to the same classmates that I see everyday.

Fast Forward a few years later and my family's situation is more uncertain than ever and with the knowledge that my father might go to prison, I grapple everyday with the idea of living in a world without his guidance for however long it may be. I am in my last year of high school and have worked assiduously throughout my academic career and the idea of walking that podium without my father there would make everything I have worked for seem void of its purpose as I can say without a doubt that my father is the main reason I have arrived at where I am today. Saul Garcia is not a monster and is in fact far from it. He is a loving and caring father and a role model for all. He is my Hero.

Sincerely,

Eric Garcia

EXHIBIT P

07-28-2022

Honorable Judge Pepper,

My name is Brent Bloser, and I have known the Garcia family for just over five years.  However, I had heard their names in the agricultural industry for roughly ten years and had never heard anything negative about them during that time.  I was presented an opportunity five years ago to work with them and plan to continue working with them in the future.  Over these years it has been a pleasure doing business with their family.  They are a very humble and always honor their agreements and are very hard working.  I have observed the value that they place on family, employees, business and their commitments.  I am honored to consider them friends.

Sincerely,

Brent Bloser

EXHIBIT
Q

Saul Antonio
8745 Palm Breeze Rd
Jacksonville, FL 32256
7-28-2022

Pamela Pepper
United States District Court for the
Eastern District of Wisconsin

Dear Judge, Pepper

     My name is Saul Antonio in the reference of this case which involves Sir Saul Garcia, I am writing this letter in the hopes that it will help you see what kind of person Saul is, despite the transgression that has led us all to this point

     I have known Saul Garcia as my godfather since I've been born, I'm 24 now. In the time, I have seen many aspects of Saul personality. I have always found him to be a very kindhearted, dependable and a very hardworking man. Although it may seem hard to believe or understand, but in short. Saul is good person and has always had a morality in his actions. I'm grateful and happy to be his godson and to have inherited the same name of a great man. Therefore, I can assure you that even though he has had his ups and downs in life. I and many of his friends are convinced and know that Saul is a human being with a loving heart and a decent person. He's not only my godfather but, also the godfather for my 2 younger siblings. Having said that my parents was willing and trusting to have let Saul play a role as a godfather as well as Consuelo Garcia who's my godmother.

     I can tell you without a doubt that Saul Garcia stands for what is right and always will. I can hope that you can see in Saul Garcia what I and others see. It is in my sincere hope the court takes this letter into consideration.


Sincerely,


Saul Antonio

EXHIBIT
R

# JON V. FOREHAND

*161 Chippewa Lane, Moultrie, GA 31788*
*229-891-1195*

To whom it may concern:

Over the past 15 years plus, it has been my pleasure to get to know Connie and Saul Garcia and their children. Over this time I have served as counsel for various members of the family in family law and general practice matters. In addition, my two sons are approximately the same age as Saul, Jr. and Daniel. My oldest son attended Georgia Southern University with Saul, Jr. My younger son was employed one summer as a laborer packing produce. Saul, Jr. has visited in our home. We always found him to be respectful. In general, I would describe this family as kind and hardworking. Thank you for your consideration.

Sincerely,

Jon V. Forehand

EXHIBIT
S

To whom it may Concern:

My name is Fernando Mauricio Ruiz I am writing this letter in regards of Mr.
Saul Garcia. I started working with Saul Garcia in the year 2006 and the time that I worked with
him he was a excellent boss he would pay me on time and I had never any troubles with him at
all. He is a hard working person trying to make a living as all of us workers do. He that I have
seen has always taken care of his family also. They are good hard working family. I have nothing
to say about them but good stuff. They are really good people. He as a boss was never mean
with me or the worker he was a great boss. If you have any questions please call me at 229-585-
2373.

Thank you,

Fernando Mauricio Ruiz

OFFICIAL SEAL
CARLOS MARTINEZ
NOTARY PUBLIC – GEORGIA
COLQUITT COUNTY
My Commission Expires Dec. 6, 2024

EXHIBIT
T

To: The Honorable Judge Pamela Pepper

United States District Court

Eastern District Of Wisconsin

From: Steve Shaddix

Moultrie, Georgia

Your Honor, I am writing this letter to ask for consideration of leniency for Saul Garcia, Sr., I have known the Garcia family for almost 30 yrs., they are very upstanding citizens of our community. They are involved in charity organizations and are always willing to lend a helping hand to the less fortunate. For many years Saul has been a soccer coach to young boys instilling fair play and good sportsmanship to these young men. He has had two very successful Mexican Restaurants in Moultrie, one of which I was fortunate to manage for Saul. Saul was always very fair and honest and was a great employer, he treated all his staff with respect, I never heard him raise his voice or treat any employee harshly.

Saul supports two households, one, his ex wife and their children and the other his present wife and their son. He has sent or is sending all his children to college. He plays a vital role in both of these families, giving support both emotionally and physically.

EXHIBIT U

Thank you for taking time to read this request and any consideration
for mercy and you can show will be greatly appreciated !


Respectfully submitted,


Steve Shaddix

To the Honorable Judge,
Mrs. Pamela Pepper:

I would like to take the
time to tell you a bit
about Mr. Saul Garcia.
I Anselma Flores started
working at Don Jose's on
2003, I got to know Mr. Garcia.
I worked til 2005 and I
never ever got to see a
bad side of Saul Garcia.
He gave me the nickname
of Super Sammi & Sammi
Sosa because of me
being short and tiny and
I managed to carry out
a big tray out full of plates.
Never once did Mr. Saul, Mrs
Connie ever take advantage
of me. We still keep in
contact, I go to family
gatherings. Saul has donated
food to his employees, he
has thrown parties for when

EXHIBIT
V

is a very kind man. He has been a crew leader for 30 years or more and has never taken advantage of anyone. Why this is happening to him is just shocking, I've never seen an ugly side of Mr. Saul Garcia. I love him very much, I consider him family, I'm not saying this just because I'm saying this because it's the TRUTH! Mr. Saul is a workaholic, he doesn't drink, he doesn't do much but work.

Sincerely

Anselma Theres

229-798-2314
for any questions